TRULINCS 79210053 - CEAN, CASSANDRA - Unit: DAN-O-A
---

FROM: 79210053
TO:
SUBJECT:
DATE: 02/24/2020 10:57:59 AM

Cassandra Cean
Reg No.: 79210-053
Danbury Federal Prison Camp
33 1/2 Pembroke Road
Danbury, CT 06811

February 24, 2020

The Honorable Sterling Johnson
United States District Court Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

      Re: United States v. Cassandra Cean
          Criminal Docket No. 11-449 (S-1) (SJ)

Dear Judge Johnson:

    On January 11, 2018, this Court adopted the report and recommendation of Magistrate Judge Raymond Reyes to reduce the awarded restitution amount from $1,205,355.00 to 243,148.51. However, the United States Attorney's Office has not requested defendant's presence before this Court for imposition of sanctions. Despite AUSA Maria Cruz Melendez's representation on April 26, 2017 that if Your Honor adopted said report and recommendation defendant would be requested to appear for an imposition of sanctions. Although I have served over four years in prison free of incidents or infractions, I will continue to experience difficulties gaining opportunities and programming accessible to inmates with lower security levels and lower restitution. In addition, the Department of Justice's judgment of $1,205,355 remains active against me in the courts, county clerk records, as well as in the Bureau of Prisons records.

    Thus, I humbly follow up with my letter on October 29, 2018 and motion on May 2, 2018 for an imposition of sanctions to correct this matter. However, if this Court is unable to grant my request for a court date for the imposition of sanctions, at the very least, I humbly request that my J & C be amended to reflect this Court's January 11, 2018 decision, reducing the awarded restitution amount from $1,205,355 to $243,148.51.

    Thank for your consideration of this request.

Sincerely,

Cassandra Cean

⇔79210-053⇔
Cassandra Cean
33 Pembroke RD
Federal Prison Camp
Danbury, CT 06811
United States

WESTCHESTER
NY
25 FEB




⇔79210-053⇔
Sterling Johnson Jr Hon
225 Cadman PLZ E
United States Courthouse
Brooklyn Heights, NY 11201-1818
United States



11201-183299