# ANGELYN D. JOHNSON & ASSOCIATES

### ATTORNEYS AT LAW

26 COURT STREET | SUITE 2610 | BROOKLYN, NY 11242
Tel: 718.875.2145 | Fax: 718.875.9318 | E-mail: ajohnson@adj-law.com

<u>Of Counsel:</u>
Meryl L. Wenig
Kafi Harris
Colin A. Liverpool
Jeffrey Saltiel
Andre Sylvestre
Brian Ward
August 11, 2022

Honorable Sterling Johnson
United States District Court
New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Travel Request for Cassandra Cean
    Case 1:11-cr-00449(SJ)

Dear Honorable Judge Sterling Johnson:

Please accept this request on behalf of Cassandra Cean for this Court's approval for her travel **from August 16, 2022, through August 18, 2022**, to Washington, DC, to attend a work-related event. Her supervisor, Jessica Jackson, Esq. and other members of the Ladies of Hope Ministry will accompany Ms. Cean during this trip. Probation Officer Vincent Danielo has approved the request. He can be reached at:

Vincent Danielo
U.S. Probation Officer
Eastern District of New York
202 Federal Plaza
Central Islip, NY 11722
(631) 712-6321
Vincent_Danielo@nyep.uscourts.gov

The following are attached for your review:

1) Plane Ticket Receipt; and

Ms. Cean will be staying at Eaton DC Hotel, 1201 K St, Washington, DC 20005, during her travel to Washington, DC for work. Thank you for your time and consideration regarding this request.

Respectfully Yours,

Angelyn D. Johnson, Esq.



**Whitney Miller <whitney@thelohm.org>**  Aug 10, 2022, 9:13 AM (22 hours ago)

to me

Hi Cassandra,

Your flights have been booked, information below. You should also receive a confirmation email shortly. Thank you!



# JFK, OPENS IN NEW WINDOW ▸ DCA

## TUE, 16 AUG 2022

New York-Kennedy, NY to Washington-Reagan National, DC

**CONFIRMATION#:** **HVFGWE**
Ticket Expiration: **December 31, 2023**

**ROUND TRIP,** 1 PASSENGER |
VIEW RECEIPT, Opens in new window |
ONE-TIME FLIGHT NOTIFICATION, Opens in new window |
PRIVACY POLICY, Opens in new window |
DO YOU HAVE REAL ID?, Opens in new window
NEED TO CANCEL? CHANGE OR ADD FLIGHTS



UPGRADE TO ENJOY EXTRAS
### Comfort+®
Upgrade seats with miles or money

  $15.05 USD

◯  1,400 miles

JFK >to DCA
Per Passenger



UPGRADE TO TRAVEL IN LUXURY

**First**
Upgrade seats with miles or money

   $63.43 USD

   5,900 miles

JFK >to DCA
Per Passenger

## FLIGHT INFORMATION

FLIGHT VIEW FLIGHT OPERATION DETAILS FOR DL 5731

Operated by: Republic Airways DBA Delta Connection ( 5731 )
CHANGE THIS FLIGHT
TUE, 16 AUG 2022

**6 DAYS FROM DEPARTURE**

JFK



DCA

**ON TIME**

DEPART:
**3:18 PM**
ARRIVE:
**4:59 PM**

VIEW ONBOARD EXPERIENCE DETAILS FOR MAIN CABIN (Q) | NONREFUNDABLE

**TERMINAL 4**
**TERMINAL 2**

View in-cabin Meal Service: For No Cabin Service
amenities FLIGHT DL 5731:

- 
- 

PASSENGER STATUS: CONFIRMED

In-Flight services and amenities may vary and are subject to change., Opens modal window

**SEAT: 14C | CHANGE OR PURCHASE SEATS**

Find Sky Club Locations:

**John F Kennedy International - JFK**opens in new window
**Ronald Reagan Washington National Arpt - DCA**opens in new window
Airport Maps: **JFK , Opens in new window**| DCA

Aircraft: **Embraer 175**
Flight Time: **1HR 41M**
On Time % : **64**
Miles Flown: **212**

Calculate Baggage EstimateCalculate Baggage Estimateopens in a new popup

FLIGHT VIEW FLIGHT OPERATION DETAILS FORDL 5698

Operated by: Republic Airways DBA Delta Connection
CHANGE THIS FLIGHT

THU, 18 AUG 2022

**8 DAYS FROM DEPARTURE**

DCA



JFK

**ON TIME**

DEPART:
**9:15 PM**
ARRIVE:
**10:42 PM**

VIEW ONBOARD EXPERIENCE DETAILS FORMAIN CABIN (K) | NONREFUNDABLE
View in-cabinMeal Service: ForNo Cabin



**Whitney Miller <whitney@thelohm.org>**

Aug 10, 2022, 9:13 AM
(22 hours ago)

to me

Hi Cassandra,

Your flights have been booked, information below. You should also receive a confirmation email shortly. Thank you!



## TUE, 16 AUG 2022

New York-Kennedy, NY to Washington-Reagan National, DC

**CONFIRMATION#: HVFGWE**
Ticket Expiration: **December 31, 2023**

ROUND TRIP, 1 PASSENGER |
VIEW RECEIPT, Opens in new window |
ONE-TIME FLIGHT NOTIFICATION, Opens in new window |
PRIVACY POLICY, Opens in new window |
DO YOU HAVE REAL ID?, Opens in new window
NEED TO CANCEL? CHANGE OR ADD FLIGHTS



UPGRADE TO ENJOY EXTRAS
**Comfort+®**
Upgrade seats with miles or money

  $15.05 USD

○  1,400 miles

JFK >to DCA
Per Passenger



UPGRADE TO TRAVEL IN LUXURY
**First**
Upgrade seats with miles or money

    $63.43 USD

    5,900 miles

JFK >to DCA
Per Passenger

## FLIGHT INFORMATION

FLIGHT VIEW FLIGHT OPERATION DETAILS FORDL 5731

Operated by: Republic Airways DBA Delta Connection ( 5731 )
CHANGE THIS FLIGHT
TUE, 16 AUG 2022

**6 DAYS FROM DEPARTURE**

JFK



DCA

**ON TIME**
DEPART:
**3:18 PM**
ARRIVE:
**4:59 PM**

VIEW ONBOARD EXPERIENCE DETAILS FORMAIN CABIN (Q) | NONREFUNDABLE

**TERMINAL 4**
**TERMINAL 2**

View in-cabinMeal Service: **For**No Cabin Service
amenities FLIGHT DL 5731:

- 
- 

PASSENGER STATUS: CONFIRMED

In-Flight services and amenities may vary and are subject to change., Opens modal window

**SEAT:  14C | CHANGE OR PURCHASE SEATS**

Find Sky Club Locations:

**John F Kennedy International - JFK**opens in new window
**Ronald Reagan Washington National Arpt - DCA**opens in new window
Airport Maps: **JFK , Opens in new window**| DCA

Aircraft: **Embraer 175**
Flight Time: **1HR 41M**
On Time % : **64**
Miles Flown: **212**

**Calculate Baggage Estimate**Calculate Baggage Estimateopens in a new popup

FLIGHT VIEW FLIGHT OPERATION DETAILS FORDL 5698

Operated by: Republic Airways DBA Delta Connection
CHANGE THIS FLIGHT
THU, 18 AUG 2022

**8 DAYS FROM DEPARTURE**

DCA



JFK

**ON TIME**

DEPART:
**9:15 PM**
ARRIVE:
**10:42 PM**

VIEW ONBOARD EXPERIENCE DETAILS FORMAIN CABIN (K) | NONREFUNDABLE
View in-cabinMeal Service: ForNo Cabin